Joshua S. Daniels, No. 222928
FISHMAN, LARSEN, GOLDRING & ZEITLER
7112 North Fresno Street, Suite 450
Fresno, California 93720
(559) 256-5000
(559) 256-5005 fax

Attorneys for: Plaintiff MC PAINTING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for The Use and Benefit Of:<br>MC PAINTING, a California partnership,<br><br>            Plaintiff,<br><br>      v.<br><br>UPA CALIFORNIA, G.P., a California general partnership; MILLER/WATTS CONSTRUCTORS, INC., a California corporation, LIBERY MUTUAL INSURANCE COMPANY, a Pennsylvania corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation; and DOES 1 through 10,<br><br>            Defendants. | Case No. 1:08-cv-00467-LJO-GSA<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER**<br><br>**[FRCP 41(a)(1)(ii)]**<br><br>**The Honorable Lawrence J. O'Neill** |

///

///

///

///

///

1

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to agreement and stipulation between the parties to the above-entitled lawsuit, the above action, including all claims, counterclaims, and affirmative defenses, be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii).

Dated: __2/19/2009_____    MCNEIL, SILVEIRA, RICE & WILEY

By: ___/s/ Mark J. Rice_____
MARK J. RICE
Attorneys for Defendant MILLER/WATTS CONSTRUCTORS, INC. now known as WATTS CONSTRUCTORS, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: ___2/19/2009_____    WOLKIN * CURRAN, LLP

By: __/s/ James D. Curran_____
JAMES D. CURRAN
Attorneys for Defendant LIBERTY MUTUAL INSURANCE COMPANY

Dated: _3/18/2009_____    FISHMAN, LARSEN, GOLDRING & ZEITLER

By: ____/s / Joshua S. Daniels_____
JOSHUA S. DANIELS
Attorneys for Plaintiff MC PAINTING

///
///

**ORDER**

**IT IS SO ORDERED.**

DATED:_3/19/2009_____    By:___/s/ LAWRENCE J O'NEILL_____
**HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE**

2
**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com